# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Karen Jackson,

    Plaintiff,

        v.                           Case No. 1:09cv300

Northwest Local School District,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 3, 2010 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   Plaintiff's Motion for Summary Judgment (Doc. 21) is **granted in part and denied in part** consistent with the opinion of the Magistrate Judge.  This matter is closed.

    **IT IS SO ORDERED.**

                                                *S/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge